Gregory J. Doan, 165174
Doan Law Firm, LLP
635 Camino De Los Mares, Ste 100
San Clemente, CA 92673
Phone (949) 472-0953 • Fax (949) 472-5441
Jay@doanlawfirm.com;

Attorneys for Robert Anthony Wells Sr. and Denise Marie Wells.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Robert Anthony Wells Sr. and Denise Marie Wells,<br><br>                   Debtors.<br><br>_____<br><br>Robert Anthony Wells Sr. and Denise Marie Wells,<br><br>               Plaintiffs,<br><br>   vs.<br><br>Chase Home Finance, LLC<br><br>               Defendant.<br><br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Chapter     13<br><br>Case No  8:09-bk-18383<br><br>Adv.  No.<br><br><br>**ADVERSARY COMPLAINT TO STRIP LIEN OF SECOND TRUST DEED HOLDER CHASE HOME FINANCE, LLC UNDER 11 USC 506 AND 11 USC 1322(b)(2)** |

      1.    This adversary action relates to the Chapter 13 case of In re: Robert Anthony Wells Sr. and Denise Marie Wells, Case No.  8:09-bk-18383, which is pending in the Orange Division of the Central District Bankruptcy Court.  Jurisdiction is conferred on this Court

pursuant to 28 USC 1334 because this case arises from and is related to the above captioned case under Title 11 U.S.C.  This Court has both personal jurisdiction and subject matter jurisdiction to hear this case pursuant to 28 USC 1334 and 28 USC 157(b)(2), respectively.  This Court also has jurisdiction pursuant to 28 USC 1331 in light of the Federal Subject Matter of 11 USC 1322. This action is proper in that it seeks to determine the validity of a security interest in real property per FRBP 7001(2) and (9).  Venue lies in this District pursuant to 28 USC 1391(b). This is a core proceeding.

2.    The Debtors, Robert Anthony Wells Sr. and Denise Marie Wells ("Debtors"), bring this action against Chase Home Finance, LLC ("Creditor" and "Chase").  The purpose of this action is to obtain a Judgment of the Court valuing, stripping and declaring null and void the Creditor's' lien (2nd TD) on the Debtors' principal residence located at 27461 Tossamar, Mission Viejo, CA 92692, since that claim is wholly unsecured.

3.    The Debtors have their principal residence in the County of Orange.  It is located at 27461 Tossamar, Mission Viejo, CA 92692.  Said property is more particularly described as N TR 8845 LOT 6 IN THE OFFICE OF THE COUNTY RECORDER OF THE SAID COUNTY.

4.    The moving parties are Debtors under Title 11 of the United States Code, as defined by 11 USC 101 (13).  The real property that is the subject of this action is the Debtors' principal residence within the definition of 11 USC 101(13A).

5.    Defendant, Chase  ("Chase"), is a creditor of the Plaintiffs as defined by 11 USC 101(10), and said Defendant, or its successors in interest, presently holds one originally secured claim in the Debtors' bankruptcy case as defined by 11 U.S.C.  101(5).

(1)    A Promissory Note secured by a 1st Trust Deed on the Debtors' principal residence is in favor of SunTrust Mortgage ("SunTrust").  Plaintiffs are informed and believe

Wells Adversary Complaint To Strip Chase 2nd TD

that when their Chapter 13 case was filed, the balance owing on this obligation, including arrearage, was in the approximate amount of $460,143.00. A Promissory Note secured by a 2nd Trust Deed on the Debtors' principal residence is in favor of Chase. Plaintiffs are informed and believes that when their Chapter 13 case was filed, the balance owing on this obligation, including arrearage, was in the approximate amount of $57,758.00. A Statement of Account received from Chase on this obligation is attached hereto as Exhibit 1, and pursuant to Rule 201 of The Rules Of Evidence For United States Courts And Magistrates, the Court is requested to take judicial notice of the full Chase Statement of Account. Plaintiffs are informed and believe the described Promissory Note and Deed of Trust are valid and allege that this Trust Deed constitutes the junior lien against the Plaintiffs' described residence.

(2)    A Promissory Note secured by a 2nd Trust Deed on the Debtors' principal residence is in favor of Chase. Plaintiffs are informed and believes that when their Chapter 13 case was filed, the balance owing on this obligation, including arrearage, was in the approximate amount of $57,758.00. A Statement of Account received from Chase on this obligation is attached hereto as Exhibit 2, and pursuant to Rule 201 of The Rules Of Evidence For United States Courts And Magistrates, the Court is requested to take judicial notice of the full Chase Statement of Account. Plaintiffs are informed and believe the described Promissory Note and Deed of Trust are valid and allege that this Trust Deed constitutes the junior lien against the Plaintiffs' described residence.

6.    The Plaintiffs/Debtors filed for Chapter 13 relief on December 12, 2008.

7.    The Plaintiffs/Debtors' principal residence was valued at $361,000.00 on the date of the Order for Relief. This value was established by the Debtors' Petition and schedules under oath. True copies of Schedules A and D are attached hereto as Exhibits 3 and 4, respectively,

and pursuant to Rule 201 of The Rules Of Evidence, the Court is requested to take judicial notice of them. Shortly before the filing of the Plaintiffs/Debtors' lien strip motion they obtained a professional appraisal, and it establishes that the fair market value of the Plaintiffs/Debtors' described property was $361,000.00 when the Debtors' Chapter 13 case was filed on 8/12/09. A true copy of the appraisal is attached hereto as Exhibit 5, and pursuant to Rule 201 of The Rules Of Evidence For United States Courts And Magistrates, the Court is requested to take judicial notice of this. See also Declaration of Appraiser, attached hereto Exhibit 6 and incorporated herein by reference.

8.      While Defendant Chase, or its successor in interest, might appear to have a claim secured by a valid 2nd Trust Deed on the Plaintiffs/Debtors' principal residence, such claim is in fact wholly unsecured. The Defendant is not the holder of a secured claim since no claim exists against any value in the principal residence after the first trust deeds' interest is satisfied.

9.      Pursuant to Zimmer v. PSB Lending Corp. (In re Zimmer), 313 F.3d 1220, 2002 U.S. App. LEXIS 26581, 2002 Cal. Daily Op. Service 12656, 2002 D.A.R. 14601, 40 Bankr. Ct. Dec. (LRP) 164, Bankr. L. Rep. (CCH) P78767, 49 Collier Bankr. Cas. 2d (MB) 1010 (9th Cir. Cal. 2002), a wholly unsecured lienholder is not entitled to the "anti-modification" protections of 11 U.S.C. § 1322(b)(2).

10.     11 USC 1322(b)(2) provides in pertinent part that a Chapter 13 Plan may:

"[M]odify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the Debtors' principal residence, or of holders of unsecured claims, or leave unaffected the rights of holders of any class of claims[.]"

11.     11 USC 1322(b)(2) permits a chapter 13 plan to modify the rights of an unsecured claim holder and/or claims not secured against principal residence real property.  11 USC 506 provides in pertinent part:

"(a) (1) An allowed claim of a Defendant secured by a lien on property in which the estate has an interest, or that is subject to setoff under section 553 of this title [11 USCS § 553], is a secured claim to the extent of the value of such Defendants' interest in the estates' interest in such property, or to the extent of the amount subject to setoff, as the case may be, and is an unsecured claim to the extent that the value of such Defendants' interest or the amount so subject to set off is less than the amount of such allowed claim.  Such value shall be determined in light of the purpose of the valuation and of the proposed disposition or use of such property, and in conjunction with any hearing on such disposition or use or on a plan affecting such Defendants' interest."

"(D) To the extent that a lien secures a claim against the Debtors that is not an allowed secured claim, such lien is void..."

12.     The Defendant has no valuable interest whatsoever in the Debtors' principal residence resulting from its claim that is represented by the Defendants' described 2nd Deed of Trust.

13.     As a result of the fact that the current amount secured by the 1st Trust Deed on the subject property exceeded the fair market value of the property on the date the Debtors/Plaintiffs' Chapter 13 case was filed, the Defendant has a wholly unsecured claim that is represented by its described Promissory Note and 2nd Trust Deed.

14.     The Plaintiffs/Debtors' chapter 13 Plan provides for the modification of Defendant's wholly unsecured 2nd Trust Deed claim to unsecured status pursuant to 11 USC 1322(b)(2).  The Defendant is not the holder of a secured claim pursuant to 11 USC 506(a), and since the Defendant does not have an allowed secured claim resulting from its 2nd Trust Deed, then the lien based on such claim is void for the purpose of the Plaintiffs/Debtors' bankruptcy case pursuant to 11 USC 506(d).

5

Wells Adversary Complaint To Strip Chase 2nd TD

WHEREFORE, the Plaintiffs having set forth their claim for relief against Defendant Chase and its assignees and successors in interest, they respectfully pray that this Court grant the following relief against Defendant Chase and its assignees, transferees and successors in interest:

1.    A declaration that the real property at 27461 Tossamar, Mission Viejo, CA 92692, is the primary residence of the Plaintiffs, and said property was their primary residence when their Chapter 13 case was filed.  And a further declaration that the fair market value of said property was not more than $361,000.00 on the date when the Plaintiffs' chapter 13 case was filed;

2.    A declaration that the claim of Defendant Chase, its agents, assignees, successors in interest, or licensees as evidenced by the Promissory Note and Trust Deed in paragraph 2 above (2nd TD), is valid and represents a claim against the Plaintiffs' real property in the approximate amount of $57,758.00, and that said claim is secured by a valid Trust Deed against the Plaintiffs' real property;

3.    A declaration that SunTrust lien described in paragraph 1 of this prayer (1st TD) is, and was at all material times, senior to all other liens attached to the Plaintiffs' described real property;

4.    A declaration that the claim of Defendant Chase, its agents, assignees, successors in interest, or licensees as evidenced by its Promissory Note and in the related Chase Trust Deed, is valid and represents a general unsecured claim against the Plaintiffs' bankruptcy estate in the approximate amount of $57,758.00, and that said claim is wholly unsecured by way of the related Trust Deed against the Plaintiffs' real property;

Wells Adversary Complaint To Strip Chase 2nd TD

5.      A declaration that the Chase Promissory Note and 2nd Trust Deed constitute a wholly unsecured general unsecured claim against the Debtors/Plaintiffs and the bankruptcy estate;

6.      A declaration that Defendant Chase's described lien (2nd Trust Deed) is void for the purposes of this Chapter 13 case, and that it has no further force or effect against the Debtors' principal residence;

7.      A declaration that any corresponding proof of claim filed by Chase, its agents, assignees, successors in interest, or licensees be deemed a general unsecured claim within debtor's chapter 13 plan;

8.      A declaration that upon completion of the chapter 13 plan and entry of a chapter 13 discharge, the second deed of trust held by Chase, its agents, assignees, successors in interest, or licensees be treated as void and no longer an encumbrance against the debtors' property;

9.      A declaration that upon completion of the chapter 13 plan and discharge, Chase, its agents, assignees, successors in interest, or licensees are requested to reconvey the second deed of trust to debtors Robert Anthony Wells Sr. and Denise Marie Wells;

10.      A declaration for other such relief as the Court may deem just and proper.

Dated: 11/6/09                    Respectfully submitted,

                         **DOAN LAW FIRM, LLP**

                By:     /s/ Gregory J. Doan
                         Gregory J.  Doan
                         Attorney for Debtors

Wells Adversary Complaint To Strip Chase 2nd TD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# EXHIBIT 1

# -

# FIRST TRUST DEED



**SUNTRUST**
**MORTGAGE**
Toll-Free: 800.634.7928  Internet: www.suntrustmortgage.com

Your information is always
treated confidentially

## MORTGAGE
## Account Statement

| Item Description | Amount |
|---|---|
| Statement Date | 03/17/09 |
| Payment Due Date | 01/01/09 |
| Loan Number | 0202978144 |

101067 BT

#BWNDXCT
#9424418792020037#

DENISE M WELLS
ROBERT A WELLS
27461 TOSSAMAR
MISSION VIEJO  CA  92692-3525

| Item Description | Amount |
|---|---|
| Balances | |
|   Principal Balance * | 460,143.60 |
|   Escrow Balance | .00 |
| Payment Factor | |
|   Interest Rate | 6.37500% |
| Payment Information | |
|   Principal & Interest | 2,969.63 |
|   Escrow Payment | .00 |
|   Optional Products | .00 |
|   Other | .00 |
| MORTGAGE PAYMENT | 2,969.63 |
| Payment Past Due | 8,908.89 |
| Unpaid Late Charges | 445.44 |
| Fees | .00 |
| TOTAL AMOUNT DUE | 12,323.96 |
| Year to Date | |
|   Interest | 2,447.29 |
|   Taxes | .00 |
|   Principal Paid | 522.34 |

* This Is Not A Payoff Amount

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Property Address:    27461 TOSSAMAR
                     MISSION VIEJO  CA  92692
Home Phone:          949-388-8431
Other Phone:         111-111-1111

We have teamed up with First Book to provide children in need with brand new books. For more information visit **www.firstbook.org.**

**First Book**

### Important Messages

Your mortgage payment due on the date shown below remains unpaid. A late charge has been
assessed. Your past due payment amount and late charges need to be paid immediately to bring
your account current and avoid additional fees. Please be advised that SunTrust Mortgage, Inc.
reports all delinquent loans to the major credit bureaus. If you cannot pay the total amount
due, please call us at 800.443.1032, Option 1 to discuss payment arrangements.

SunTrust Mortgage is a member of the HOPE NOW alliance. You can contact the Homeowners' HOPE
hotline at 888.995.HOPE (4673) for free, independent HUD-approved counseling to homeowners in
financial need. Or contact the US Department of Housing and Urban Development (HUD) at
800.569.4287 for information on HUD approved counseling agencies.

### Transaction Summary

| Date | Description | Amount | Interest | Principal | Escrow/Impound | Misc/Fees |
|---|---|---|---|---|---|---|
| 03/17 | LATE CHARGE ASSESSMENT | | | | | $148.48- |

### Special Messages

## Protect your home and get a $50 gift card.

Terminix® and SunTrust Mortgage, Inc. have teamed up to provide you with a special offer.
Protect your home with the Terminix® Termite Inspection and Protection Plan℠ and receive a
$50 gift card good for any of the ServiceMaster® businesses which include Terminix®,
TruGreen®, Merry Maids®, ServiceMaster Clean®, Furniture Medic®, and AmeriSpec®. To
schedule your no-obligation termite inspection, call 800.358.2103 or visit
terminix.com/suntrust and mention code ST2.

# EXHIBIT 2

## -

## SECOND TRUST DEED

B 10 (Official Form 10) (12/07) P

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Robert Anthony Wells and  Sr. and Denise Marie Wells | Case Number:<br>8:09-bk-18383-ES |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Chase Home Finance LLC | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Pite Duncan<br>Attn: Christopher M. McDermott Esq.<br>4375 Jutland Drive, Suite 200; P.O. Box 17933<br>San Diego, CA 92117-0933<br>Telephone number:<br>(858) 750-7600 | Court Claim Number:_____<br>(If known)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Chase Home Finance LLC - Ohio<br>3415 Vision Drive Columbus, OH 43219-6009<br><br>Telephone number:<br>(800) 981-3792 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**        $          59,777.22<br><br>If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>✓ Check this box if claim includes interest or other charges in addition to the principal amount of claim.  Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any  portion of your claim falls in one of  the following categories, check the box  and state the amount.**<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:**  MONEY LOANED<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3.** Last four digits of any number by which creditor identifies debtor:  xxxxxx8969<br><br>    **3a.** Debtor may have scheduled account as: _____<br>        (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:  ✓ Real Estate   ☐ Motor Vehicle   ☐ Other<br>**Describe:**  27461 Tossamar, Mission Viejo, CA 92692<br><br>**Value of Property:**$_____  **Annual Interest Rate**____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $       2,111.96        **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $       59,777.22      **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___). |
| **6. Credits:**  The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br><br>$_____ |
| **7. Documents:**  Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:<br>09/28/2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above.  Attach copy of power of attorney, if any.<br><br>/s/Christopher M. McDermott (CA SBN  253411) | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

# PROOF OF CLAIM BREAKDOWN SHEET

### IN RE: **WELLS, ROBERT ANTHONY SR. AND DENISE MARIE**
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

CASE NO. 8:09-bk-18383-ES
CREDITOR:  Chase Home Finance LLC

<u>Payments</u>

| | |
|---|---|
| 4/24/09 – 7/24/09 @ $431.42 x 4 | $1,725.68 |
| Late Charges | $86.28 |
| Post-Petition Bankruptcy Attorneys' Fees and Costs[1] | $300.00 |
| Total Arrears | $2,111.96 |

**Outstanding Balance as of August 12, 2009**          **$59,777.22**

---

[1]Please be on notice that these fees include the post-petition preparation and filing of this Proof of Claim; obtaining and reviewing the Chapter 13 Plan; and the preparation, filing and service of a Request for Courtesy Notice to monitor this bankruptcy.  These post-petition fees are included in the Proof of Claim so that the subject loan is current upon completion of the Plan.  If the Debtor(s) object to these fees being included in the Proof of Claim, please contact Steven Pite at (800) 500-8757 in order to have these fees and costs removed from the Proof of Claim.

# EXHIBIT 3

# -

# SCHEDULE A

B6A (Official Form 6A) (12/07)

.

In re    **Robert Anthony Wells, Sr.,**                                    Case No.    **8:09-bk-18383**
          **Denise Marie Wells**
                                                          ,
                                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Residence**<br>**27461 Tossamar**<br>**Mission Viejo, CA 92692** | **Fee simple** | **C** | **361,000.00** | **520,001.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **361,000.00** | (Total of this page) |
| Total > | **361,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# EXHIBIT 4

# -

# SCHEDULE D

B6D (Official Form 6D) (12/07)

In re      **Robert Anthony Wells, Sr.,**                                                          Case No.    **8:09-bk-18383**
           **Denise Marie Wells**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8969** | | | 2/06 | | | | | |
| **Chase Manhattan Mortgage** **Attention:  Research Dept. G7-PP** **3415 Vision Drive** **Columbus, OH 43219** | | C | Second Mortgage <br><br> Single Family Residence 27461 Tossamar Mission Viejo, CA 92692 | | | | | |
| | | | Value $                361,000.00 | | | | 57,758.00 | 57,758.00 |
| Account No. **xxxxxx6956** | | | 11/05 | | | | | |
| **Citizens Bank** **480 Jefferson Blvd** **Rje 135** **Warwick, RI 02886** | | C | Automotive Lien <br><br> 2006 Mazda Miata MX5 | | | | | |
| | | | Value $                16,000.00 | | | | 15,928.00 | 0.00 |
| Account No. **x7461 Tossamar** | | | Annually | | | | | |
| **Cordova Homeowners Association** **Fulop, Rolston, Burns & McKittrick** **2036 Quail Street** **Newport Beach, CA 92660** | | C | HOA Dues <br><br> Single Family Residence 27461 Tossamar Mission Viejo, CA 92692 | | | | | |
| | | | Value $                361,000.00 | | | | 2,100.00 | 2,100.00 |
| Account No. **xxxxxxxx8144** | | | 2/06 | | | | | |
| **Suntrust Mortgage/cc 5** **Attention:  RVW3034** **1001 Semmes Ave** **Richmond, VA 23224** | | C | First Mortgage <br><br> Single Family Residence 27461 Tossamar Mission Viejo, CA 92692 | | | | | |
| | | | Value $                361,000.00 | | | | 460,143.00 | 99,143.00 |

  **0**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 535,929.00 | 159,001.00 |
| Total (Report on Summary of Schedules) | 535,929.00 | 159,001.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

# EXHIBIT 5

# -

# RESIDENTIAL APPRAISAL

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | | | |
|---|---|---|---|---|
| Property Address 27461 TOSSAMAR | | City MISSION VIEJO | State CA Zip Code 92692 | |
| Borrower WELLS | Owner of Public Record SAME | | County ORANGE | |
| Legal Description N TR 8845 LOT 6 | | | | |
| Assessor's Parcel # 759-076-13 | | Tax Year 08-09 | R.E. Taxes $ 6,120.96 | |
| Neighborhood Name N/A | Map Reference TG-922-D6 | | Census Tract 320.39 | |
| Occupant [X] Owner [ ] Tenant [ ] Vacant | Special Assessments $ | [ ] PROP 13 [ ] PUD | HOA $ | [ ] per year [ ] per month |
| Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe) | | | | |
| Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) | | | BANKRUPTCY | |
| Lender/Client WELLS | Address 27461 TOSSAMAR, MISSION VIEJO, CA 92692 | | | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s). MLS, NDC DATA

**CONTRACT**

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction Explain the results of the analysis of the contract for sale or why the analysis was not performed. BANKRUPTCY

| | | | |
|---|---|---|---|
| Contract Price $ | Date of Contract | Is the property seller the owner of public record? [ ] Yes [ ] No Data Source(s) | |

Is there any financial assistance (loan charges, sale concessions gift or downpayment assistance etc ) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | Property Values [ ] Increasing [ ] Stable [X] Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit 85 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | Demand/Supply [ ] Shortage [ ] In Balance [X] Over Supply | | | Low 360 33 | 2-4 Unit % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | High 420 34 | Multi-Family 5 % |
| | | | | | Pred. 380 34 | Commercial 10 % | Other % |

Neighborhood Boundaries NORTH: FELIPE ROAD.   SOUTH: CROWN VALLEY PARKWAY.
EAST: ANTONIO PARKWAY.   WEST: MARGARITE PARKWAY.
Neighborhood Description THE SUBJECT IS LOCATED IN AN ESTABLISHED NEIGHBORHOOD OF PRIMARY SINGLE FAMILY RESIDENCES SIMILAR IN DESIGN, AGE, CONDITION AND APPEAL. THE SUBJECT PROPERTY IS LOCATED IN AN AREA OF CLOSE PROXIMITY TO NECESSARY SERVICES, SCHOOLS, SHOPPING, CHURCHES, PUBLIC TRANSPORTATION AND PARKS. THE NEIGHBORHOOD APPEAL TO MARKET IS GOOD.
Market Conditions (including support for the above conclusions) MARKET CONDITIONS AND HOME PRICES IN SOUTHERN CALIFORNIA ARE DECLINING. WITH TYPICAL MARKETING TIMES OF 3-6 MONTHS. RATE OF DECLINE IN THE SUBJECT'S NEIGHBORHOOD IS APPROXIMATELY 1% PER MONTH OVER THE PAST 12 MONTHS PER NDC DATA AND THE MLS.

**SITE**

| | | | |
|---|---|---|---|
| Dimensions (SEE ATTACHED PLAT MAP) | Area 5,394 | Shape RECTANGULAR | View NONE |

Specific Zoning Classification R1   Zoning Description SINGLE FAMILY RESIDENCE
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe. THE CURRENT IMPROVED USE OF THE PROPERTY MEETS THE 4 CRITERIA FOR THE HIGHEST & BEST USE.

| Utilities Public Other (describe) | | Public Other (describe) | Off-site Improvements--Type | Public Private |
|---|---|---|---|---|
| Electricity [X] | Water [X] | | Street ASPHALT | [X] |
| Gas [X] | Sanitary Sewer [X] | | Alley NONE | |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone X   FEMA Map # 060735 / 0433 H   FEMA Map Date 2/18/2004
Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe.
THE APPRAISER HAS NOT CHECKED THE LAND RECORDS FOR RECORDED EASEMENTS, ENCROACHMENTS, SPECIAL ASSESSMENTS, SLIDE AREAS, ILLEGAL OR LEGAL NONCONFORMING ZONING. HOWEVER, THERE WERE NO APPARENT ADVERSE SITE CONDITIONS OR EXTERNAL FACTORS NOTED AT THE TIME OF INSPECTION.

**IMPROVEMENTS**

| General Description | | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | Foundation Walls CONCRETE/AVG | Floors CRPT/VNYL/AVG |
| # of Stories 1 | [ ] Full Basement [ ] Partial Basement | Exterior Walls STUCCO/AVG | Walls DRYWALL/AVG |
| Type [X] Det. [ ] Att. [ ] S-Det/End Unit | Basement Area sq. ft. | Roof Surface COMP.SHINGLE/AVG | Trim/Finish WOOD/AVG |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish NONE % | Gutters & Downspouts ADEQ | Bath Floor TILE/AVG |
| Design (Style) CONTEMPORARY | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type SLIDING/ALUM/AVG | Bath Wainscot TILE/AVG |
| Year Built 1975 | Evidence of [ ] Infestation NONE | Storm Sash/Insulated NONE | Car Storage [ ] None |
| Effective Age (Yrs) 25 | [ ] Dampness [ ] Settlement | Screens ALUMINUM/AVG | [ ] Driveway # of Cars |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities Woodstove(s) # | Driveway Surface CONCRETE |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel GAS | [X] Fireplace(s) # 1 [X] Fence WOOD | [X] Garage # of Cars 2 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck CONC [ ] Porch | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool | [X] Att. [ ] Det. [ ] Built-in |
| Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe) | | | | |

Finished area **above** grade contains:   6 Rooms   2 Bedrooms   1.50 Bath(s)   976 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.)   SEE ADDITIONAL COMMENTS ON PAGE #3 FOR FEATURES AND/OR UPGRADES.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). NO APPARENT FUNCTIONAL AND/OR EXTERNAL INADEQUACIES, NECESSARY REPAIRS OR DEFERRED MAINTENANCE WERE NOTED AT THE TIME OF INSPECTION. THE SUBJECT WAS FOUND TO BE OF AVERAGE CONSTRUCTION AND IN AVERAGE CONDITION. SEE ADDITIONAL COMMENTS ON PAGE #3 FOR FEATURES AND/OR UPGRADES.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe
NO APPARENT PHYSICAL DEFICIENCIES OR ADVERSE CONDITIONS THAT AFFECT THE LIVABILITY, SOUNDNESS OR STRUCTURAL INTEGRITY OF THE PROPERTY WERE NOTED AT THE TIME OF INSPECTION.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe THE PROPERTY APPEARS TO CONFORM TO THE NEIGHBORHOOD. THE PROPERTY APPEARS TO CONFORM TO THE NEIGHBORHOOD.

File No    WELLS-R 7-28-09
Case No

## Uniform Residential Appraisal Report

| There are | 3 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 399,700 to $ 435,000 . |
| There are | 14 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 360,000 to $ 471,803 . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 27461 TOSSAMAR | 27146 AYAMONTE | | 26941 COLMENAR | | 26942 COLMENAR | |
| | MISSION VIEJO, CA 92692 | MISSION VIEJO, CA 92692 | | MISSION VIEJO, CA 92692 | | MISSION VIEJO, CA 92692 | |
| Proximity to Subject | | 0.33 MILES N | | 0.55 MILES N | | 0.55 MILES N | |
| Sale Price | $ | | $ 403,000 | | $ 386,000 | | $ 378,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 412.91 sq. ft. | | $ 344.64 sq. ft. | | $ 337.50 sq. ft. | |
| Data Source(s) | | NDC DATA | | NDC DATA | | NDC DATA | |
| Verification Source(s) | | DOC.# 147248 | | DOC.#250073 | | DOC.# 299888 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | 390,813 | | 308,400 | | NONE POSTED | |
| Concessions | | 1ST TD CONV | | 1ST TD CONV | | 1ST TD CONV | |
| Date of Sale/Time | | 11/10/08 | -37,000 | 5/18/09 | -12,000 | 8/10/09 | -9,000 |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 5,394 | 5,452 | | 5,335 | | 5,280 | |
| View | NONE | NONE | | NONE | | NONE | |
| Design (Style) | CONTEMP/AVG | CONTEMP/AVG | | CONTEMP/AVG | | CONTEMP/AVG | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVG+(TILE ROOF) | -3,000 |
| Actual Age | 34 | 34 | | 33 | | 33 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | -3,000 | Total Bdrms. Baths | -3,000 |
| Room Count | 6  2  1.50 | 6  2  1.50 | | 7  3  2.00 | -2,000 | 7  3  2.00 | -2,000 |
| Gross Living Area | 976 sq. ft. | 976 sq. ft. | | 1,120 sq. ft. | -5,000 | 1,120 sq. ft. | -5,000 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA/CENTRAL | FWA/CENTRAL | | FWA/CENTRAL | | FWA/CENTRAL | |
| Energy Efficient Items | NONE NOTED | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Garage/Carport | 2 CAR GAR. ATT. | 2 CAR GARAGE | | 2 CAR GARAGE | | 2 CAR GARAGE | |
| Porch/Patio/Deck | CONCRETE PATIO | PATIO | | PATIO | | PATIO | |
| FIREPLACES | 1 FIREPLACE | 1 FIREPLACE | | 1 FIREPLACE | | 1 FIREPLACE | |
| POOL / SPA | NO POOL / SPA | NO POOL/SPA | | NO POOL/SPA | | NO POOL/SPA | |
| Net Adjustment (Total) | | + [X] - | $ -37,000 | + [X] - | $ -22,000 | + [X] - | $ -22,000 |
| Adjusted Sale Price | | Net Adj: -9% | | Net Adj: -6% | | Net Adj: -6% | |
| of Comparables | | Gross Adj: 9% | $ 366,000 | Gross Adj: 6% | $ 364,000 | Gross Adj: 6% | $ 356,000 |

[ ] [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain  TRANSFER HISTORY WAS RESEARCHED AND THE
RESULTS ARE STATED BELOW.

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  MLS, NDC DATA
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  MLS, NDC DATA
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NO PRIOR SALES | NO PRIOR SALES | NO PRIOR SALES | NO PRIOR SALES |
| Price of Prior Sale/Transfer | PAST 36 MONTHS | PAST 12 MONTHS | PAST 12 MONTHS | PAST 12 MONTHS |
| Data Source(s) | MLS, NDC DATA | MLS, NDC DATA | MLS, NDC DATA | MLS, NDC DATA |
| Effective Date of Data Source(s) | MLS-7/27/09 NDC 7/27/09 | MLS-7/27/09 NDC 7/27/09 | MLS-7/27/09 NDC 7/27/09 | MLS-7/27/09 NDC 7/27/09 |

Analysis of prior sales or transfer history of the subject property and comparable sales  THE SUBJECT PROPERTY IS NOT CURRENTLY UNDER CONTRACT AND HAS NOT
TRANSFERRED IN THE PAST 36 MONTHS ACCORDING TO THE MLS AND REAL QUEST DATA UNLESS OTHERWISE NOTED ABOVE. THE COMPARABLE SALES ARE
NOT CURRENTLY UNDER CONTRACT AND HAVE NOT TRANSFERRED IN THE PAST 12 MONTHS ACCORDING TO THE MLS AND NDC DATA UNLESS OTHERWISE
NOTED ABOVE.

Summary of Sales Comparison Approach  ALL COMPARABLES ARE RECENT SALES, ACTIVE LISTINGS AND/OR PENDING SALES CURRENTLY IN ESCROW IN THE
SUBJECT'S NEIGHBORHOOD AND ARE SIMILAR IN DESIGN, AGE, CONDITION AND APPEAL TO MARKET. ADJUSTMENTS MADE FOR DIFFERENCES IN DATE OF
SALE/TIME, QUALITY OF CONSTRUCTION, ROOM COUNT AND GROSS LIVING AREA ONLY. ALL DIFFERENCES ROUNDED. ADJUSTMENTS FOR DATE OF SALE/TIME
WERE MADE ON ALL COMPARABLES AT THE ESTIMATED RATE OF 1% PER MONTH FROM THE TIME THE PROPERTIES ENTERED ESCROW/CONTRACT. SEE
"NEIGHBORHOOD" SECTION ON PAGE #1 OF THE REPORT FOR MORE DETAILS. COMPARABLE #1 IS AN OLDER SALE BEYOND THE TYPICAL 6 MONTH TIME
FRAME BUT WAS USED AS IT WAS THE MOST RECENT MODEL MATCH SALE THAT WAS SOLD IN THE SUBJECT'S NEIGHBORHOOD AND WAS ADJUSTED FOR
DATE OF SALE/TIME. ADJUSTMENT FOR QUALITY OF CONSTRUCTION FOR COMPARABLE #3 AS IT HAS A TILE ROOF WHILE THE SUBJECT AND OTHER
COMPARABLES HAVE COMPOSITION SHINGLE ROOFS.
Indicated Value by Sales Comparison Approach $   361,000

| Indicated Value by: Sales Comparison Approach $ 361,000 | Cost Approach (if developed) $ N/A | Income Approach (if developed) $ N/A |

THE DIRECT SALES COMPARISON APPROACH IS GENERALLY CONSIDERED TO BE THE BEST INDICATOR OF VALUE FOR THIS TYPE OF PROPERTY BECAUSE IT
TYPIFIES THE BUYER/SELLER MOTIVATION ON THE OPEN MARKET. FOR THAT REASON, IT WAS GIVEN THE MOST WEIGHT IN THE VALUATION PROCESS WHICH WAS
BASED UPON CONFIRMED SALES WITHIN THE AREA. SEE COMMENT ADDENDUM REGARDING RECONCILIATION OF THE MARKET, COST AND INCOME APPROACHES.
This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed  or [ ] subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work  statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  361,000  , as of   7/28/09   , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70  March 2005

Fannie Mae Form 1004  March 2005
Page  2  of  14

## Uniform Residential Appraisal Report

| | |
|---|---|
| **ADDITIONAL COMMENTS** | SUBJECT PROPERTY IMPROVEMENTS, FEATURES AND/OR UPGRADES:<br><br>THE SUBJECT PROPERTY FEATURES 2 BEDROOMS, 1.5 BATHS, LIVING ROOM WITH WOOD FLOORING AND TILE FIREPLACE, KITCHEN AND DINING AREA WITH TILE FLOORING AND TILE COUNTER TOPS, BATHS WITH GRANITE COUNTER TOPS, TILE FLOORING AND TILE TUB/SHOWER SURROUND. EXTERIOR IN THE FRONT WITH TYPICAL LANDSCAPE. EXTERIOR IN THE REAR WITH TYPICAL LANDSCAPE, CONCRETE AND BRICK PATIO WITH WOOD COVER.<br><br>THE SUBJECT IMPROVEMENTS ARE ASSUMED TO BE IN COMPLIANCE WITH ALL GOVERNMENTAL REGULATIONS SUCH AS FIRE, BUILDING AND SAFETY, EARTHQUAKE AND OCCUPANCY CODES, UNLESS OTHERWISE STATED WITHIN THIS REPORT, OR UNLESS THE APPRAISER IS PROVIDED WITH SPECIFIC PROFESSIONAL OR GOVERNMENTAL INSPECTION REPORTS, THIS REPORT ASSUMES THAT ALL APPLIANCES, HEATING AND COOLING APPARATUS, AS WELL AS THE MECHANICAL, ELECTRICAL AND PLUMBING SYSTEMS LOCATED ON THE SUBJECT PREMISES ARE IN GOOD WORKING ORDER.<br><br>SITE<br><br>THE SUBJECT IS SITUATED ON AN APPROXIMATELY 5,394 SQUARE FOOT MOSTLY LEVEL LOT ABOVE STREET GRADE. NO APPARENT ENCROACHMENTS, SPECIAL ASSESSMENTS OR SLIDE AREA WERE NOTED. NO OPINION IS EXPRESSED HEREIN AS TO THE VALUE, IF ANY, OF THE SUBSURFACE OIL, GAS OR MINERAL DEPOSITS OR RIGHTS AND THE PROPERTY IS ASSUMED NOT TO BE SUBJECT TO SURFACE ENTRY FOR EXPLORATION OR REMOVAL OF SUCH MATERIAL EXCEPT AS EXPRESSLY STATED. |

### COST APPROACH TO VALUE (not required by Fannie Mae.)

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   THE COST APPROACH WAS NOT COMPLETED AS PART OF THE SCOPE OF WORK FOR THIS REPORT AS THE APPRAISAL IS BEING DONE FOR A BANKRUPTCY.

| **COST APPROACH** | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
| Source of cost data | Dwelling        976 | Sq. Ft. @ $ | =$ |
| Quality rating from cost service          Effective date of cost data | | Sq. Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | |
| | Garage/Carport      420 | Sq. Ft. @ $ | =$ |
| | Total Estimate of Cost-new | | =$ |
| | Less     Physical | Functional | External |
| | Depreciation | | =$ ( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)              Years | Indicated Value By Cost Approach | | =$ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae.)

| **INCOME** | | |
|---|---|---|
| Estimated Monthly Market Rent $          X Gross Multiplier      =$      N/A | Indicated Value by Income Approach | |
| Summary of Income Approach (including support for market rent and GRM)   THE INCOME APPROACH WAS NOT COMPLETED AS PART OF THE SCOPE OF WORK FOR THIS REPORT AS THE APPRAISAL IS BEING DONE FOR A BANKRUPTCY. | | |

### PROJECT INFORMATION FOR PUDs (if applicable)

| **PUD INFORMATION** | |
|---|---|
| Is the developer/builder in control of the Homeowner's Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached | |
| Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit. | |
| Legal Name of Project | |
| Total number of phases          Total number of units | Total number of units sold |
| Total number of units rented          Total number of units for sale | Data source(s) |
| Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes | No  If Yes, date of conversion. |
| Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data source. | |
| Are the units, common elements, and recreation facilities complete? ☐ Yes | No  If No, describe the status of completion. |
| Are the common elements leased to or by the Homeowner's Association? ☐ Yes | No  If Yes, describe the rental terms and options. |
| Describe common elements and recreational facilities. | |

AW APPRAISING
File No    WELLS-R 7-28-09
Case No

**Uniform Residential Appraisal Report**

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD)  This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project

This appraisal report is subject to the following scope of work  intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications  Modifications  additions  or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted  The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted  However  additional certifications that do not constitute material alterations to this appraisal report  such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization  are permitted

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value  statement of assumptions and limiting conditions, and certifications  The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property  (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street  (4) research  verify  and analyze data from reliable public and/or private sources  and (5) report his or her analysis  opinions  and conclusions in this appraisal report

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction

**INTENDED USER:** The intended user of this appraisal report is the lender/client

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale. the buyer and seller, each acting prudently  knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U  S  dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale

*Adjustments to the comparables must be made for special or creative financing or sales concessions  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market s reaction to the financing or concessions based on the appraiser's judgment

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal  The appraiser assumes that the title is good and marketable and will not render any opinions about the title

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements  The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size

3  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area  Because the appraiser is not a surveyor  he or she makes no guarantees  express or implied  regarding this determination

4  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question  unless specific arrangements to do so have been made beforehand  or as otherwise required by law

5  The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc ) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal  Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as  but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances  adverse environmental conditions, etc ) that would make the property less valuable  and has assumed that there are no such conditions and makes no guarantees or warranties  express or implied  The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist  Because the appraiser is not an expert in the field of environmental hazards  this appraisal report must not be considered as an environmental assessment of the property

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs  or alterations on the assumption that the completion  repairs  or alterations of the subject property will be performed in a professional manner

ClickFORMS Appraisal Software 800-622-8727

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report

2. I performed a complete visual inspection of the interior and exterior areas of the subject property I reported the condition of the improvements in factual specific terms I identified and reported the physical deficiencies that could affect the livability soundness, or structural integrity of the property

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment I further certify that I considered the cost and income approaches to value but did not develop them unless otherwise indicated in this report

5. I researched verified, analyzed, and reported on any current agreement for sale for the subject property any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal unless otherwise indicated in this report

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report

7. I selected and used comparable sales that are locationally physically and functionally the most similar to the subject property

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property

11. I have knowledge and experience in appraising this type of property in this market area

12. I am aware of and have access to, the necessary and appropriate public and private data sources such as multiple listing services tax assessment records, public land records and other such data sources for the area in which the property is located

13. I obtained the information estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc ) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value and have reported on the effect of the conditions on the value and marketability of the subject property

15. I have not knowingly withheld any significant information from this appraisal report and to the best of my knowledge all statements and information in this appraisal report are true and correct

16. I stated in this appraisal report my own personal, unbiased, and professional analysis opinions and conclusions which are subject only to the assumptions and limiting conditions in this appraisal report

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction I did not base either partially or completely my analysis and/or opinion of market value in this appraisal report on the race color, religion sex, age marital status, handicap, familial status or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value a value that favors the cause of any party or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application)

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore any change made to this appraisal is unauthorized and I will take no responsibility for it

20. I identified the lender/client in this appraisal report who is the individual organization or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

21 The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including but not limited to the public through advertising public relations news sales or other media)

22 I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me

23 The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns mortgage insurers, government sponsored enterprises and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties

24. If this appraisal report was transmitted as an "electronic record" containing my 'electronic signature as those terms are defined in applicable federal and/or state laws (excluding audio and/or video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature. the appraisal report shall be as effective enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature

25 Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including but not limited to, fine or imprisonment or both under the provisions of Title 18 United States Code Section 1001 et seq or similar state laws

### SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1 I directly supervised the appraiser for this appraisal assignment, have read the appraisal report and agree with the appraiser's analysis opinions statements conclusions and the appraiser's certification

2. I accept full responsibility for the contents of this appraisal report including but not limited to the appraiser's analysis opinions statements conclusions and the appraiser's certification

3 The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm) is qualified to perform this appraisal and is acceptable to perform this appraisal under the applicable state law

4 This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared

5 If this appraisal report was transmitted as an 'electronic record' containing my 'electronic signature, as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature. the appraisal report shall be as effective enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Allen E. Worsham_ | Signature _____ |
| Name  ALLEN E. WORSHAM | Name _____ |
| Company Name AW APPRAISING | Company Name _____ |
| Company Address  1550 LUPINE CIRCLE | Company Address _____ |
|           CORONA, CA 92881 | |
| Telephone Number 951-278-3366 | Telephone Number _____ |
| Email Address ALLENWORSHAM@EARTHLINK.NET | Email Address _____ |
| Date of Signature and Report 7/30/09 | Date of Signature _____ |
| Effective Date of Appraisal 7/28/09 | State Certification # _____ |
| State Certification # _____ | or State License # _____ |
| or State License #  AL 027342 | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State        CA | |
| Expiration Date of Certification or License 11/30/09 | |

ADDRESS OF PROPERTY APPRAISED
27461 TOSSAMAR
MISSION VIEJO, CA 92692

APPRAISED VALUE OF SUBJECT PROPERTY $ 351,000
LENDER/CLIENT
Name  WELLS
Company Name WELLS
Company Address  27461 TOSSAMAR
             MISSION VIEJO, CA 92692
Email Address MVTWO1@COX.NET

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection _____
☐ Did inspect interior and exterior of subject property
   Date of Inspection _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection _____

**COMMENT ADDENDUM**

File No    WELLS-R 7-28-09
Case No

| Borrower | WELLS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 27461 TOSSAMAR | | | | | | | |
| City | MISSION VIEJO | County | ORANGE | State | CA | Zip Code | 92692 |
| Lender/Client | WELLS | | Address | 27461 TOSSAMAR, MISSION VIEJO, CA 92692 | | | | |

APPRAISERS ASSIGNMENT

THE APPRAISER'S ASSIGNMENT AND THE PURPOSE OF THIS REPORT IS TO PRESENT A REASONABLE AND DEFENSIBLE OPINION OF THE
MARKET VALUE OF THE FEE SIMPLE INTEREST IN THE SUBJECT PROPERTY FOR THE EXPRESS PURPOSE OF ASSISTING WITH A
BANKRUPTCY REGARDING SAID PROPERTY  A FULL DEFINITION OF MARKET VALUE IS CONTAINED IN THE ATTACHED CERTIFICATION AND
STATEMENT OF LIMITING CONDITIONS. THE OPINION OF VALUE EXPRESSED HEREIN IS IN TERMS OF UNITED STATES DOLLARS AS OF THE
EFFECTIVE DATE OF THIS REPORT AS STATED IN THE RECONCILIATION SECTION OF THE APPRAISAL REPORT (FORM 1004) THE APPRAISER
ASSUMES NO RESPONSIBILITY FOR THE ECONOMIC OR PHYSICAL FACTORS OCCURRING AT SOME LATER DATE WHICH MAY EFFECT THE
OPINIONS STATED HEREIN  THE APPRAISER RESERVES THE RIGHT TO MAKE SUCH ADJUSTMENTS TO THE VALUE HEREIN REPORTED AS
MAY BE REQUIRED BY CONSIDERATION OF ADDITIONAL OR MORE RELIABLE DATA THAT BECOMES AVAILABLE. IN THE EVENT THIS REPORT
IS PLACED IN THE HANDS OF A THIRD PARTY, SUCH PARTY MUST BE MADE COGNIZANT OF ANY AND ALL LIMITING CONDITIONS RESULTING
FROM THE BASIS OF MY/OUR EMPLOYMENT AND DISCUSSIONS RELATED THERETO AS WELL AS THOSE SET FORTH HEREIN

HIGHEST AND BEST USE

THE CURRENT IMPROVED USE OF THE SUBJECT MEETS THE FOUR CRITERIA FOR THE HIGHEST AND BEST USE IN THAT IT IS PHYSICALLY
POSSIBLE  LEGALLY PERMISSIBLE  FINANCIALLY FEASIBLE AND MAXIMALLY PRODUCTIVE

EFFECTIVE AGE

THE APPRAISER JUDGED THE EFFECTIVE AGE OF THE IMPROVEMENTS BASED UPON THE LEVEL OF MAINTENANCE AND PERIODIC
UPGRADING WHICH THE PROPERTY HAS RECEIVED. COMPARABLE SALES AND/OR ACTIVE LISTINGS AND PENDING SALES CURRENTLY IN
ESCROW WERE SELECTED UPON THEIR EFFECTIVE AGE AND THEIR RELATIONSHIP TO THE SUBJECT PROPERTY

MARKET APPROACH

THE APPRAISER HAS UTILIZED THREE (3) OR MORE CLOSED SALES AND/OR ACTIVE LISTINGS AND PENDING SALES CURRENTLY IN
ESCROW FROM THE SUBJECT NEIGHBORHOOD. ALL COMPARABLE SALES, ACTIVE LISTINGS AND PENDING SALES REPRESENT THE MOST
RECENT AND SIMILAR PROPERTIES FOUND IN THE PROCESS OF THE APPRAISERS RESEARCH OBTAINED IN THE COURSE OF THE APPRAISAL
ASSIGNMENT. ALL COMPARABLE DATA WERE GIVEN EQUAL CONSIDERATION THROUGHOUT THIS PROCESS  ALL ADJUSTMENTS WERE
DERIVED BY MARKET ESTIMATES

RECONCILIATION

THE MARKET APPROACH YIELDS THE BEST INDICATOR OF MARKET VALUE  ALL COMPARABLE SALES WERE GIVEN EQUAL
CONSIDERATION BY THE APPRAISER AND ARE ALL SUPPORTIVE OF THE FINAL ESTIMATE. THE COST APPROACH HAS BEEN CONSIDERED
OF SECONDARY IMPORTANCE DUE TO LACK OF VACANT LAND SALES IN THE AREA  THE INCOME APPROACH HAS NOT BEEN CONSIDERED
DUE TO THE LACK OF RENTAL DATA IN THE MARKET  THE COST APPROACH AND INCOME APPROACH ARE NOT REQUIRED BY FANNIE MAE
AND HAVE NOT BEEN DEVELOPED AS PER THE PRE-DEFINED FANNIE MAE SCOPE OF WORK FOR THIS REPORT UNLESS OTHERWISE NOTED
ON PAGE #3 OF THE URAR 1004 REPORT

DIGITAL SIGNATURE

THIS REPORT IS COMPUTER GENERATED. IF AN ELECTRONIC (DIGITAL) SIGNATURE HAS BEEN USED IN THIS REPORT, PRECAUTIONS HAVE
BEEN MADE THROUGH SOFTWARE ENCRYPTION TO PROTECT THE INTEGRITY OF THE APPRAISER(S) SIGNATURE(S), WHICH SECURELY
AUTHORIZES THE UTILIZATION OF THE ELECTRONIC SIGNATURE  ELECTRONICALLY AFFIXING A SIGNATURE(S) TO THE REPORT CARRIES
THE SAME LEVEL OF AUTHENTICITY AND RESPONSIBILITY AS A HAND WRITTEN SIGNATURE(S) ON A REPORT

THIS APPRAISAL REPORT MAY HAVE BEEN ELECTRONICALLY TRANSMITTED, IF SO, THROUGH SOFTWARE ENCRYPTION  THE
APPRAISER(S) HAVE TAKEN REASONABLE STEPS TO PROTECT THE DATA INTEGRITY OF THE TRANSMITTED REPORT

INTENDED USE AND USER        (FANNIE MAE CLARIFICATION OF APPRAISER S CERTIFICATION #23)

THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT  THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE
SUBJECT OF THIS APPRAISAL FOR A BANKRUPTCY  SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL  REPORTING
REQUIREMENTS OF THIS APPRAISAL REPORT FORM  AND DEFINITION OF MARKET VALUE  NO ADDITIONAL INTENDED USERS ARE IDENTIFIED
BY THE APPRAISER

SKETCH ADDENDUM

File No   WELLS-R 7-28-09
Case No

| Borrower | WELLS | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 27461 TOSSAMAR | | | | | |
| City   MISSION VIEJO | | County | ORANGE | State | CA | Zip Code   92692 |
| Lender/Client   WELLS | | | | Address   27461 TOSSAMAR, MISSION VIEJO, CA 92692 | | |



| SKETCH CALCULATIONS | | Perimeter | Area |
|---|---|---|---|
| **Living Area** | | | |
| First Floor | | | |
| A1 : 32 0 x 26.0 = | | | 832 0 |
| A2 : 16 0 x 9 0 = | | | 144 0 |
| | | | 976.0 |
| | Total Living Area | | 976.0 |
| **Garage Area** | | | |
| Attached Garage | | | |
| A3 : 21 0 x 20 0 = | | | 420.0 |
| | | | 420.0 |
| | Total Garage Area | | 420.0 |

LOCATION MAP ADDENDUM

| | | | | | | File No | WELLS-R 7-28-09 |
|---|---|---|---|---|---|---|---|
| | | | | | | Case No | |

| Borrower | WELLS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 27461 TOSSAMAR | | | | | | | |
| City MISSION VIEJO | | County | ORANGE | State | CA | Zip Code | 92692 |
| Lender/Client WELLS | | | Address 27461 TOSSAMAR, MISSION VIEJO, CA 92692 | | | | | |



**PLAT MAP**

File No    WELLS-R 7-28-09
Case No.

| Borrower | WELLS | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27461 TOSSAMAR | | | | | | |
| City  MISSION VIEJO | | County | ORANGE | State | CA | Zip Code | 92692 |
| Lender/Client | WELLS | | Address | 27461 TOSSAMAR, MISSION VIEJO, CA 92692 | | | |



## SUBJECT PHOTO ADDENDUM

File No    WELLS-R 7-28-09
Case No

| Borrower | WELLS | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27461 TOSSAMAR | | | | | | |
| City   MISSION VIEJO | | County | ORANGE | State | CA | Zip Code | 92692 |
| Lender/Client   WELLS | | | | Address   27461 TOSSAMAR, MISSION VIEJO, CA 92692 | | | |



**FRONT OF
SUBJECT PROPERTY**
27461 TOSSAMAR
MISSION VIEJO  CA 92692



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

### SUBJECT PHOTO ADDENDUM

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | WELLS | | | File No | WELLS-R 7-28-09 | |
| | | | | Case No | | |
| Property Address | 27461 TOSSAMAR | | | | | |
| City MISSION VIEJO | | County | ORANGE | State CA | Zip Code | 92692 |
| Lender/Client | WELLS | | Address | 27461 TOSSAMAR, MISSION VIEJO, CA 92692 | | |



FIREPLACE



KITCHEN



BATH

PHOTOGRAPH APPRAISAL

COMPARABLES 1-2-3

| | | | | |
|---|---|---|---|---|
| | | | File No | WELLS-R 7-28-09 |
| | | | Case No. | |

| Borrower | WELLS | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 27461 TOSSAMAR | | | | | | |
| City MISSION VIEJO | | County | ORANGE | State | CA | Zip Code | 92692 |
| Lender/Client | WELLS | | Address | 27461 TOSSAMAR, MISSION VIEJO, CA 92692 | | | |



**COMPARABLE SALE #** 1
27146 AYAMONTE
MISSION VIEJO CA 92692



**COMPARABLE SALE #** 2
26941 COLMENAR
MISSION VIEJO CA 92692



**COMPARABLE SALE #** 3
26942 COLMENAR
MISSION VIEJO CA 92692

# EXHIBIT 6

# -

# DECLARATION OF APPRAISER

Gregory J. Doan      Bar# 165174
Raihana Niazi        Bar# 256436

Doan Law Firm, LLP
635 Camino De Los Mares Suite #100
San Clemente, CA 92673
Tel: (949) 472-0593
Fax: (949) 472-5441

Attorneys for Debtors

Robert Wells
27461 Tossamar
Mission Viejo, CA 92692

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No.: |
| | ) |
| Robert Wells | ) **DECLARATION OF REAL ESTATE** |
| 27461 Tossamar | ) **APPRAISER** |
| Mission Viejo, CA 92692 | ) |
| | ) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

    I, __Allen Worsham__, declare as follows under the laws of the State of California and of the United States:

    1.  I am a licensed real estate appraiser in the State of California. I have been a licensed real estate appraiser for approximately _9_ years. My appraiser's license No. is AL 027342 .

    2.  On July 28th, 2009, I inspected the residence located at 27461 Tossamar, Mission Viejo, CA. After the physical inspection, I investigated the recent sales of similar properties and determined the fair market value of the subject property. The comparable real estate sales used in this appraisal were obtained from the Multiple Listing Service (MLS), and from other public records. A more

detailed explanation of the methodology and comparable sales date I used, and the conclusions I reached, are set forth in the written report of my appraisal which is attached as Exhibit 1 to this declaration, and is incorporated herein by reference. Those comparable sales and the records reviewed by me determine the current market value of the subject property as of the date of the inspection date.

    3.   In my opinion, the attached appraisal (Exhibit 1), which shows a market value of $261,000 represents the fair market value of the subject property as of the inspection date.

Executed on July 30th, 2009, at    Corona   , California.




_____
Appraiser
License#  AL 027342